# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                       NO. 4:08CR00063-04 JLH

PATRICK JONES                                                   DEFENDANT

## ORDER

Court convened on August 6, 2012, for a scheduled hearing on the government's motion to revoke supervised release of defendant Patrick Jones. At the onset of the hearing, counsel for defendant requested a continuance in order to obtain discovery in the state criminal case. The hearing on the government's motion to revoke supervised release is hereby rescheduled to begin on **FRIDAY, SEPTEMBER 7, 2012, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked. Document #107.

IT IS SO ORDERED this 29th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE