IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:08CR00063-04 JLH | |
| PATRICK JONES | | DEFENDANT |

**ORDER**

Pending before the Court is the government's motion for continuance of the supervised release revocation hearing currently set for Tuesday, December 11, 2012. The motion is GRANTED. Document #135. The hearing on the pending motion and supplemental motion to revoke supervised release of defendant Patrick Jones is hereby rescheduled for ***TUESDAY, DECEMBER 18, 2012, at 10:00 A.M.,*** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Documents #107 and #132.

IT IS SO ORDERED this 10th day of December, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE